# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY BRACEY** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 17-2836** |
| v. | : | |
| | : | |
| **SUPERINTENDENT LINK,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 16th day of January 2019, upon consideration of the Defendants' *motion to dismiss the amended complaint*, [ECF 19], Plaintiff's response thereto, [ECF 25], and the allegations in the amended complaint, [ECF 17], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion is **GRANTED**, *in part*, and **DENIED**, *in part*, as follows:

A. The motion is **GRANTED** with respect to: (i) Plaintiff's First Amendment claim against Defendant Andrews for retaliation; (ii) Plaintiff's First and Fourteenth Amendment claims against Defendant Choi for mail interference and violation of Plaintiff's rights to "freedom of assembly," substantive due process, and equal protection; (iii) Plaintiff's First Amendment claims against Defendants Terra and Banta, in their supervisory capacities, for retaliation and denial of access to the courts; (iv) Plaintiff's Eighth and First Amendment claims against Defendants Link, Banta, Brumfield, Flaime, and Nuñez for failure to train and/or protect Plaintiff from foreseeable risks of harm; and (v) Plaintiff's First Amendment retaliation/conspiracy claim against Defendant Myers.

Consequently, all claims against Defendants Link, Banta, Brumfield, Terra, Flaime, Nuñez, and Andrews are dismissed.

B. The motion is **DENIED** with respect to (i) Plaintiff's Eighth Amendment claims against Defendants Baratta and Myers for deliberate indifference to the risk to Plaintiff of attempted suicide and being publicly referred to as a "Master-Splinter"; and (ii) Plaintiff's First Amendment claims against Defendants Baratta and Choi for retaliation.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*